# ELECTRONIC RECORD

COA # 05-13-01401-CR          OFFENSE: 49.04

STYLE: Fred Ernest Peratta v. The State of Texas          COUNTY: Grayson

COA DISPOSITION:     AFFIRM          TRIAL COURT: County Court at Law No. 2

DATE: 8/11/2014          Publish: NO     TC CASE #:     2012-2-0636

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Fred Ernest Peratta v. The State of Texas          CCA #: 1309-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _____12/17/2014_____          SIGNED: _____          PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**